

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-12-00030-CV
_____

THE FANNIN COUNTY COMMUNITY
SUPERVISION AND CORRECTIONS DEPARTMENT, Appellant

V.

GLENDA SPOON, Appellee

On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court No. CV-10-39887

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Glenda Spoon, appellee, has filed a motion to dismiss this appeal for want of jurisdiction, stating that the trial court dissolved the order from which this is brought. We have received and considered Fannin County Community Supervision and Corrections Department's response.

Due to the fact that the trial court has dissolved the order from which an appeal was taken,[1] there remains no appealable order. Thus, this Court has no jurisdiction over the appeal.

We grant appellee's motion and dismiss the appeal for want of jurisdiction.


Bailey C. Moseley
Justice

Date Submitted:     June 12, 2012
Date Decided:       June 13, 2012

---

[1] *See* TEX. R. APP. P. 29.5.